UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMTRUST NORTH AMERICA, INC., WESCO INSURANCE COMPANY, INC., and TECHNOLOGY INSURANCE COMPANY, INC., <br><br>                          Plaintiffs, <br><br>             -v- <br><br> KF&B, INC. d/b/a KF&B PROGRAM MANAGERS INSURANCE SERVICES <br><br>                          Defendant. | 17-CV-5340 (JPO) <br><br> REVISED <br> CASE MANAGEMENT PLAN <br> AND SCHEDULING <br> ORDER |

J. PAUL OETKEN, District Judge:

The deadlines in the Case Management Plan (Dkt. No. 18), as amended by this Court's January 10, 2018, order (Dkt. No. 36), are revised as follows:

- Requests to admit shall be served by January 4, 2019;

- All fact discovery shall be completed by January 31, 2019;

- Both Parties' initial expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before February 25, 2019;

- Both Parties' rebuttal expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before March 25, 2019; and

- All expert discovery, including expert depositions, shall be completed no later than April 25, 2019.

The interim deadlines with respect to initial and rebuttal expert disclosures may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by April 25, 2019.

1

The deadlines for filing any summary judgment motions, the Joint Pretrial Order, motions in limine, proposed findings of fact and conclusions of law, and the date trial is to begin, as specified in Paragraphs 11 and 12 of the Civil Case Management Plan & Scheduling Order (Dkt. No. 18), shall remain in place.

The conference currently scheduled for September 14, 2018, is adjourned to February 13, 2019, at 10:30 a.m.

SO ORDERED.

Dated: July 11, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge