UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMTRUST NORTH AMERICA, INC., *et al.*,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-v-<br><br>KF&B, INC.,<br>　　　　　　　　　　Defendant. | 17-CV-5340 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Due to a time conflict, the status conference previously scheduled for February 3, 2020, is hereby adjourned to February 18, 2020, at 11:45 a.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

　　SO ORDERED.

Dated: January 30, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　United States District Judge