```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                                      :   DOC #:_____
AMTRUST NORTH AMERICA, INC., et al,                   :   DATE FILED: 4/3/2020
                                                      :
                  Plaintiffs,                         :
                                                      :         17-cv-5340 (LJL)
      -v-                                             :
                                                      :              ORDER
KF&B, INC.,                                           :
                                                      :
                  Defendant.                          :
                                                      :
------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on April 3, 2020. It is hereby ORDERED that the case is scheduled for trial on September 14, 2020. The parties shall submit the joint pretrial order by September 3, 2020. A final pretrial conference is scheduled for September 10, 2020 at 4:00 p.m.

SO ORDERED.

Dated: April 3, 2020
       New York, New York
                                        _____
                                               LEWIS J. LIMAN
                                            United States District Judge