```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
AMTRUST NORTH AMERICA, INC., et al.,                              :
:
                        Plaintiffs,                               :
:                17-cv-5340 (LJL)
    -v-                                                           :
:                ORDER
KF&B, INC.,                                                       :
:
                        Defendant.                                :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

WHEREAS, the law firm of Kasowitz Benson Torres LLP ("KBT"), counsel for plaintiffs AmTrust North America, Inc., Wesco Insurance Company, and Technology Insurance Company, Inc., in this action, seeks to withdraw as counsel for plaintiffs, and

WHEREAS, plaintiffs are also represented in this action by the law firm of Brown Rudnick LLP, and

WHEREAS, plaintiffs have consented to KBT's withdrawal, and

WHEREAS, in support of its withdrawal, KBT has filed an application as required by Local Civil Rule 1.4,

NOW THEREFORE, KBT and its attorneys Howard W. Schub, Christian Tullis Becker, Jordan David Beltz, and Rachel Jacobson Teitler are relieved as counsel of record for plaintiffs.

This Order is entered without prejudice to the parties' claims or objections to the validity or amount of any charging lien asserted by KBT.

SO ORDERED.

Dated: May 13, 2020                        _____
       New York, New York                         LEWIS J. LIMAN
                                                  United States District Judge