```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
AMTRUST NORTH AMERICA, INC., et al.,                           :
                                                               :
                         Plaintiffs,                           :
                                                               :        17-cv-5340 (LJL)
         -v-                                                   :
                                                               :        ORDER
KF&B, INC.,                                                    :
                                                               :
                         Defendant.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020

LEWIS J. LIMAN, United States District Judge:

The trial procedures in this action require the parties to mail two copies of Binder One, Binder Two, Binder Three, and demonstrative exhibits (via USB drive) to Chambers. *See* Dkt. Nos. 150, 155.

In addition to these copies, the parties shall also hand-deliver a copy of Binder One to Chambers on September 1, 2020 by 5:00 p.m.; hand-deliver a copy of Binder Two and of demonstrative exhibits to Chambers on September 15, 2020 by 5:00 p.m.; and hand-deliver a copy of Binder Three to Chambers on September 22, 2020 by 5:00 p.m. As before, Binder One, Binder Two, Binder Three, and demonstrative exhibits shall be submitted as USB drives and not as hard copies.

SO ORDERED.

Dated: August 31, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge