UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
AMTRUST NORTH AMERICA, INC.,
WESCO INSURANCE COMPANY, and
TECHNOLOGY INSURANCE COMPANY, INC.,

                Plaintiffs,          Case No. 1:17-cv-05340 (LJL)
                                                                                ECF Case

    - v -

KF&B, INC. dba KF&B PROGRAM MANAGERS
INSURANCE SERVICES,

                Defendant.
------------------------------------------------------------------- X

## FINAL JUDGMENT

The above-entitled action having come on to be heard at a bench trial, with the Court finding in favor of Defendant on Plaintiffs' claims, and in favor of Plaintiffs on Defendant's counterclaim, therefore IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing for their claims, the Defendant take nothing for its counterclaim, that this action be dismissed on the merits, and that any notice of taxation of costs be submitted in accordance with Local Civil Rule 54.1.

Dated in New York, New York on the 12 day of November 2020.

                                                                                   RUBY J. KRAJICK
                                                                                   CLERK OF THE COURT
                                                                                   BY: _____

APPROVED:

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

November 12, 2020